Randall T. Garteiser (CA State Bar No. 231821)
    rgarteiser@ghiplaw.com
Christopher A. Honea (CA State Bar No. 232473)
    chonea@ghiplaw.com
GARTEISER HONEA – IP TRIAL BOUTIQUE
795 Folsom St., Floor 1, San Francisco, CA  94107
119 W Ferguson, Tyler, TX  75702
Telephone: (888) 908-4400

*Attorney(s) for Digital Verification Systems, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DIGITAL VERIFICATION SYSTEMS, LLC**<br><br>        Plaintiff,<br><br>    v.<br><br>**GOFORMZ, INC.,**<br><br>        Defendants. | **Case No. 3:23-cv-01529-H-AHG** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Digital Verification Systems, LLC, and Defendant GoFormz, Inc., respectfully submits this stipulation of dismissal with prejudice of all claims asserted. Each side is to bear its own costs and fees.

Dated: October 31, 2023          Respectfully submitted,

                                 */s/ Randall Garteiser*
                                 Randall Garteiser
                                 CA State Bar No. 231821

rgarteiser@ghiplaw.com
Christopher A. Honea
CA State Bar No. 232473
chonea@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420

**Attorneys for Plaintiff**


By: /s/ *Heidi Lyn Keefe*
Heidi Lyn Keefe
hkeefe@cooley.com
Dena Chen
dchen@cooley.com

COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
Tel: (650) 843-5000
Fax: (650) 849-7400

**ATTORNEYS FOR DEFENDANT**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above document has been served to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system on.

*/s/ Randall Garteiser*
Randall Garteiser

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DIGITAL VERIFICATION SYSTEMS, LLC**<br><br>      Plaintiff,<br><br>      v.<br><br>**GOFORMZ, INC.,**<br><br>      Defendants. | Case No. 3:23-cv-01529-H-AHG |

**ORDER**

The Court, having considered the Stipulation of Dismissal with Prejudice, ORDERS that, pursuant to Rule 41(a)(1)(A)(ii), all claims asserted in this case are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees with respect to the matter dismissed hereby;

The Stipulation and Order shall finally resolve the Action between the parties. The Clerk of the Court is ordered to close this case.

**IT IS SO ORDERED.**

Dated: _____

                                                                                 Marilyn L. Huff, District Judge
                                                                                 UNITED STATES DISTRICT COURT