# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL VERIFICATION SYSTEMS, LLC,<br><br>         Plaintiff,<br><br>v.<br><br>GOFORMZ, INC.<br><br>         Defendant. | Case No.: 3:23-cv-01529-H-AHG<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL**<br><br>[Doc. No. 9.] |

  On August 18, 2023, Plaintiff Digital Verification Systems, LLC ("Plaintiff") filed a complaint against Defendant GoFormz, Inc. ("Defendant"). (Doc. No. 1.) On October 31, 2023, Plaintiff filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. No. 9.) The notice requests that the Court dismiss all of Plaintiff's claims with prejudice. (Id.) Plaintiff also represents that each side will bear its own costs and fees. (Id.)

  Federal Rule of Civil Procedure 41(a)(1)(A)(ii) permits a plaintiff to voluntarily dismiss an action without a court order so long as the plaintiff files a stipulation of dismissal signed by all parties who have appeared in the action. Fed. R. Civ. P. 41(a)(1)(A)(ii). Here, all parties who have appeared in the action signed the stipulation of dismissal. (Doc. No. 9.) Accordingly, the Court dismisses all of Plaintiff's claims with prejudice. Each side

will bear its own costs and fees.  The Court instructs the Clerk of Court to close the case.

**IT IS SO ORDERED.**

DATED: October 31, 2023

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT